August 26, 2011

Mr. J. Mike Johanson
Johanson & Fairless, L.L.P.
1456 First Colony Boulevard
Sugar Land, TX 77479
Ms. Kathryn V. Smyser
Kathryn Smyser PLLC
Bank of America Center
700 Louisiana St., Suite 2300
Houston, TX 77002-2740

RE: Case Number: 10-0145
 Court of Appeals Number: 01-07-00572-CV
 Trial Court Number: 350-605-401

Style: G & H TOWING COMPANY, ET AL.
 v.
 CORY WAYNE MAGEE, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Beverly Kaufman |
| |Ms. M. Karinne |
| |McCullough |
| |Mr. Jeffrey A. Fanaff |